**Jimmie E. MCCREERY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 02–3184.**

United States Court of Appeals, Federal Circuit.

DECIDED: March 6, 2003.

Before RADER, LINN, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.